B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**District of Delaware** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ATI Enterprises of Florida, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA ATI Career Training Center** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**75-2208589** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o CDG Group, LLC**<br>**645 Fifth Avenue**<br>**New York, NY**  ZIP Code **10022** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ■<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **ATI Enterprises of Florida, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **See Attached** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                        Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **ATI Enterprises of Florida, Inc.** |

**Signatures**

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
   Signature of Attorney for Debtor(s)

**William E. Chipman, Jr. (No. 3818)**
Printed Name of Attorney for Debtor(s)

**Cousins Chipman & Brown, LLP**
Firm Name

**1007 N Orange Street**
**Suite 1100**
**Wilmington, DE 19801**
Address

**302-295-0191**
Telephone Number

*1-21-14*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

**Michael F. Gries**
Printed Name of Authorized Individual

**Interim Chief Executive Officer**
Title of Authorized Individual

*1-21-2014*
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## ATI ENTERPRISES OF FLORIDA, INC. – SCHEDULE I – AFFILIATED DEBTORS

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "**Debtors**"), that have filed voluntary petitions for relief in this Court under title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "**Bankruptcy Code**"), substantially contemporaneously with the filing of this petition.

1. Ability Intermediate Holdings, Inc.

2. ATI Acquisition Company

3. ATI Enterprises, Inc.

4. ATI Enterprises of Florida, Inc.

5. E&K Vocational Nursing Program, Inc.

## WRITTEN CONSENT OF THE DIRECTORS OF
## ATI ENTERPRISES OF FLORIDA, INC.

The undersigned, being all of the members of the Board of Directors (the "Board") of ATI Enterprises of Florida, Inc., a Texas corporation (the "Company"), waive the notice, calling and holding of a meeting of the Board, and in lieu of such a meeting, in accordance with Section 6.201 of the Texas Business Organizations Code, do hereby consent to, adopt, authorize and approve the following resolutions and the actions specified therein, and direct that this Written Consent be filed with the minutes of the proceedings of the Board:

**WHEREAS**, the Board has considered the financial and operational conditions of the Company's business;

**WHEREAS**, the Board has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of title 11 of the United States Code (as amended, the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders and other interested parties, and stakeholders that a voluntary petition be filed by the Company under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Petition"); and it is

**FURTHER RESOLVED**, that the members of the Board, and any other officer or person designated and so authorized to act (collectively, the "Authorized Persons") are, and each hereby is, authorized, empowered and directed to (a) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with the Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 7 case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Cousins Chipman & Brown, LLP as counsel to assist the Company in filing for relief under Chapter 7 of the Bankruptcy Code and in carrying out the Company's duties under Chapter 7 of the Bankruptcy Code, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, and immediately upon the filing of the bankruptcy case; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the Chapter 7 case, or any further action to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code, or in connection with the chapter 7 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of the Company or the Directors of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board, executed and delivered to the Company this Written Consent.


_____
Michael F. Gries



**Dated:  January 21 , 2014**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ATI ENTERPRISES OF FLORIDA, INC., | Case No. 14-_____ (__) |
| Debtor. | |

## STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO
## RULE 1007(a)(1) OF THE FEDERAL RULES OF BANKUPTCY PROCEDURE

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, ATI Enterprises of Florida, Inc. (the "**Debtor**"), as debtor in this Chapter 7 case, hereby represents that the following entity directly owns 10% or more of the Debtor's equity interests:

- ATI Acquisition Company – 100%

Dated: January 31, 2014                    ATI ENTERPRISES OF FLORIDA, INC.

By:  _____
     Michael F. Gries
     Interim Chief Executive Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ABILITY INTERMEDIATE HOLDINGS, INC.<br><br>Debtor. | Chapter 7<br><br>Case No. 14-_____ (    ) |
| In re:<br><br>ATI ACQUISITION COMPANY,<br><br>Debtor. | Chapter 7<br><br>Case No. 14-_____ (    ) |
| In re:<br><br>ATI ENTERPSIES, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 14-_____ (    ) |
| In re:<br><br>ATI ENTERPRISES OF FLORIDA, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 14-_____ (    ) |
| In re:<br><br>E&K VOCATIONAL NURSING PROGRAM, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 14-_____ (    ) |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS

      1.      Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that Cousins Chipman & Brown, LLP ("**CCB**" or the "**Firm**") are attorneys for the above-named debtors (the "**Debtors**") and that compensation paid to the Firm within one year before the filing of the petitions of bankruptcy, or agreed to be paid to the Firm, for services rendered or to be rendered on behalf of the Debtors in contemplation of or in connection with these bankruptcy cases is as follows:

      For legal services, CCB agreed to accept      $120,000.00[1]

---

[1] Prior to the Petition Date and pursuant to a written engagement agreement, on October 22, 2013, the Firm received a $120,000.00 retainer (the "**Retainer**") from ATI Acquisition Company. The Retainer was to secure the payment of fees for legal services rendered and expenses incurred by the Firm on behalf of the Debtors prior to the Petition Date. Prior to the Petition Date, the Firm applied the Retainer to its prepetition fees and expenses in full.

Prior to the filing of this statement, CCB received .......................................... $120,000.00[1]

Balance Due ........................................................................................................... $0.00[1]

2.      The source of the compensation paid to the Firm was:

■ Debtor      ☐ Other (Specify)

3.      The source of compensation to be paid to the Firm was:

■ Debtor      ☐ Other (Specify)

4.      ■  The Firm has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the Firm.

        ☐ The Firm has agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, the Firm agreed to render legal service for all aspects of the bankruptcy case until the conclusion of the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code, including:

        a.      advise in connection with the preparation of the petition, schedules of assets and liabilities, statement of financial affairs, schedule of income and expenditures, lists of creditors and equity security holders, statement of executory contracts and unexpired leases, and master mailing list;

        b.      representation of the Debtors at the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code; and

        c.      representation of the Debtors as may otherwise be required to advise the Debtors regarding their rights and responsibilities as debtors under chapter 7 of the Bankruptcy Code and the Bankruptcy Rules.

6.      By agreement with the Debtors, the above-disclosed fee does not include the following services:

        The Firm has been retained solely to serve as bankruptcy counsel to the Debtors until the conclusion of the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code. The Firm's legal services do not include appearances before any court or agency, other than the Bankruptcy Court, with respect to matters, which are, in essence, disputes involving issues of non-bankruptcy law, or the provision of substantive legal advice outside of the

insolvency area, unless the Firm agrees to represent the Debtors in such matters. In this regard, the Firm will not provide advice or representation regarding matters of taxation, labor, securities, ERISA, probate/estate planning, criminal or other non-bankruptcy or non-debtor/creditor specialties of the law.

## **CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Firm for representation of the Debtors in these bankruptcy proceedings.

Dated: January 21, 2014
      Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1007 North Orange Street, Suite 1110
Wilmington, Delaware  19801
Telephone:    (302) 468-4595
Facsimile:    (302) 295-0199
Email:       chipman@ccbllp.com
           olivere@ccbllp.com

*Counsel to the Debtors*

## United States Bankruptcy Court
### District of Delaware

In re    **ATI Enterprises of Florida, Inc.** _____    Case No. _____
                                    Debtor(s)        Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Interim Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.


Date:    1-21-2014 _____        _Mn F/Srm_____

                                **Michael F. Gries/Interim Chief Executive Officer**
                                Signer/Title

ATI ENTERPRISES OF FLORIDA, INC.
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

2950 W CYPRESS CREEK REALTY
2950 WEST CYPRESS CREEK ROAD
NO. 103
FORT LAUDERDALE, FL 33309

2950 W CYPRESS CREEK REALTY, LLC
2950 WEST CYPRESS CREEK ROAD
NO. 103
FORT LAUDERDALE, FL 33309

3500 MILAM DAIRY ROAD, LLC
128 ISLANDER DRIVE
BOYNTON BEACH, FL 33435

5 STAR EXTERMINATORS, INC.
18520 NW 67TH AVENUE
NO. 266
HIALEAH, FL 33015

A-1 COMMERCIAL CLEANING LLC
3415 HUNTERS STAND
SAN ANTONIO, TX 78230

AACRAO
P.O. BOX 37097
BALTIMORE, MD 21297-3097

AAVIM
220 SMITHONIA ROAD
WINTERVILLE, GA 30683-9527

ABET SCREEN PRINTING
354 WEST MOHAVE STREET
PHOENIX, AZ 85003

ABILITY HOLDINGS, INC.
C/O BC PARTNERS
667 MADISON AVENUE
NEW YORK, NY 10065

ABILITY INTERMEDIATE
HOLDINGS, INC.
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

ACCA-AZ
10211 NORTH 32ND STREET
SUITE B2
PHOENIX, AZ 85028

ACT, INC.
P.O. BOX 4072
IOWA CITY, IA 52243-4072

ACTION LINEN SERVICES, LLC
P.O. BOX 100526
FORT LAUDERDALE, FL 33310

ADGE ELECTRIC & WELL
SERVICE
66 SKYLINE ROAD
SANDIA PARK, NM 87047

AHIMA-AMERICAN HEALTH
INFORMATION MGMT.
ATTN: DEPARTMENT 77-2735
P.O. BOX 4295
CAROL STREAM, IL 60197

AIR COLD SUPPLY
AIR COLD/WEBB DIST #1401
LOS ANGELES, CA 90074-6809

AIRGAS USA
P.O. BOX 532609
ATLANTA, GA 30353-2609

AIRPORT INSTANT SIGNS
2517 NW 72 AVENUE
MIAMI, FL 33122

ALBUQUERQUE HISPANO CHAMBER
OF COMMERCE
1309 4TH STREET SW
ALBUQUERQUE, NM 87102

ALPHA CARD SYSTEMS, LLC
P.O. BOX 231179
PORTLAND, OR 97281

APPLIANCE OUTLET
4250 NORTH DIXIE HIGHWAY
FORT LAUDERDALE, FL 33334

AQUASENSE
1311 CUESTA ABAJO CENTER NE
SUITE G
ALBUQUERQUE, NM 87113

ARGYLE WELDING SUPPLY, INC.
P.O. BOX 6889
ALBUQUERQUE, NM 87197

ARIZONA HIGHWAYS-SUBSCRIPT
P.O. BOX 8521
BIG SANDY, TX 75755-8521

AT&T
P.O. BOX 105262
ATLANTA, GA 30348-5262

AT&T
P.O. BOX 105503
ATLANTA, GA 30348-5503

ATI ACQUISITION COMPANY
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

ATI ENTERPRISES, INC.
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

ATLANTIC AUTO SUPPLIERS, INC.
6900 NW 51 STREET
MIAMI, FL 33166

AUTO ENINUITY
3715 EAST PALM STREET
MESA, AZ 85215

AUTO SERVE INDUSTRIES, INC.
4774 WEST EARHART WAY
CHANDLER, AZ 85226-4665

AUTO ZONE STORES, INC.
ATTN: BOX 116067
100 SOUTHCREST DRIVE
STOCKBRIDGE, GA 30281

AUTOMART DISTRIBUTORS, INC.
2001 NW 15TH AVENUE
BAY 104
POMPANO BEACH, FL 33069

AUTOMOTIVE TEST SOLUTIONS INC.
2173 DEER TRAIL
LOS ALAMOS, NM 87544

AXIS EMPLOYMENT SERVICES LLC
7000 NORTH 16TH STREET
SUITE 120 #501
PHOENIX, AZ 85020

AZ SIGN LANGUAGE INTERPRETING
8902 WEST CARIBBEAN LANE
PEORIA, AZ 85381

BARO II HARDWARE, INC.
7248 NW 25TH STREET
MIAMI, FL 33122

BATTERIES PLUS #332
3014 NORTH DOBSON ROAD
SUITE 2
CHANDLER, AZ 85224

BESAM ENTRANCE SOLUTIONS
P.O. BOX 827375
PHILADELPHIA, PA 19182-7375

BISCAY HOLDINGS, LTD.
7225 NW 25TH STREET
NO. 110
MIAMI, FL 33122

BOYWIC FARMS LTD.
C/O RAUCH, WEAVER, NORFLEET,
KURTZ & CO.
5300 NORTH FEDERAL HIGHWAY
FORT LAUDERDALE, FL 33308

BRAZAS FIRE & SAFETY
EQUIPMENT CO.
3207 MATTHEW AVENUE, NE
ALBUQUERQUE, NM 87107

BRI 1814 GGOP
C/O BEACON REAL ESTATE
INVESTMENTS, INC.
1140 EAST HALLANDALE BEACH
BOULEVARD
HALLANDALE, FL 33009

BROWARD COUNTY CHAMBER
OF COMMERCE
1640 WEST OAKLAND PARK BLVD.
SUITE 403
FORT LAUDERDALE, FL 33311

BROWARD COUNTY TAX COLLECTOR
115 SOUTH ANDREWS AVENUE
RM A-100
FORT LAUDERDALE, FL 33301

BURROWS ELECTRIC COMPANY
1552 NW 6TH STREET
FORT LAUDERDALE, FL 33311

CACTUS REFRESHMENT SERVICES
P.O. BOX 60096
PHOENIX, AZ 85082-0096

CALIENTES RESTAURANT, LLC
1930 JUAN TABO BOULEVARD NE
SUITE H
ALBUQUERQUE, NM 87112

CELEBRATION TIME INC.
435 EAST KEYLINE SQUARE SW
VERO BEACH, FL 32968

CENTURYLINK
P.O. BOX 29040
PHOENIX, AZ 85038-9040

CHAVEZ USED AUTO PARTS
1480 NW 20TH STREET
MIAMI, FL 33142

CHK ENTERPRISES, INC.
7210 MENAUL NE
ALBUQUERQUE, NM 87110

CINTAS DOCUMENT MANAGEMENT
P.O. BOX 633842
CINCINNATI, OH 45263-3842

CINTAS FAS LOCKBOX 636525
P.O. BOX 636525
CINCINNATI, OH 45263-6525

CINTAS FIRST AID
P.O. BOX 633842
CINCINNATI, OH 45263-3842

CITY OF ALBUQUERQUE
PERMITS
P.O. BOX 25700
ALBUQUERQUE, NM 87125

CITY OF FORT LAUDERDALE
MUNICIPAL SERVICES
P.O. BOX 31687
TAMPA, FL 33631-3687

CITY OF FORT LAUDERDALE
WAR MEMORIAL AUDITORIUM
800 NE 8TH STREET
FORT LAUDERDALE, FL 33304

CITY OF GLENDALE
PRIVILEGE TAX SECTION
5850 WEST GLENDALE
GLENDALE, AZ 85301

COLD APPLIANCE EXPORT
3750 NE 4TH AVENUE
FORT LAUDERDALE, FL 33334-1102

CONTRACTORS TERMITE AND
PEST CONTROL
24825 NORTH 16TH AVENUE
SUITE 140
PHOENIX, AZ 85085

CROWN TROPHY
7388 WEST COMMERCIAL
BOULEVARD
FORT LAUDERDALE, FL 33319

CUMMINS ROCKY MOUNTAIN, LLC
P.O. BOX 912138
DENVER, CO 80291-2138

DACCO TRANSMISSION PARTS
4555 SOLUTIONS CENTER
CHICAGO, IL 60677-4005

DAHLSTROM & COMPANY INC.
50 OCTOBER HILL ROAD
HOLLISTON, MA 01746

DEWIND, INC.
241 N.W. 44TH STREET
FORT LAUDERDALE, FL 33309

DIVERSIFY SALES & RENTALS
15521 S.W. 112 TERRACE
MIAMI, FL 33196

E&K VOCATIONAL NURSING
PROGRAM, INC.
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

EBSCO INFORMATION SERVICES
P.O. BOX 830625
BIRMINGHAM, AL 35283

ECMC SOLUTIONS CORPORATION
P.O. BOX 65826
SAINT PAUL, MN 55165-0826

EDEXPERTS
C/O BC PARTNERS
667 MADISON AVENUE
NEW YORK, NY 10065

EDGAR BOLTON, JR., DO PA
1512 SE 10TH STREET
FORT LAUDERDALE, FL 33316

EIBER RADIOLOGY
10700 SW 108TH AVENUE
NO. C-116
MIAMI, FL 33176

ELEVATOR EMERGENCY SERVICE
4581 WESTON ROAD
SUITE 173
FORT LAUDERDALE, FL 33331

EMERGENCY EDUCATIONAL
INSTITUTE
9381 WEST SAMPLE ROAD
NO. 200
CORAL SPRINGS, FL 33065

EVERGLADES ELECTRIC SUPPLY,
INC.
841 EAST PROSPECT ROAD
FORT LAUDERDALE, FL 33334

EXCEL COMMERCIAL
P.O. BOX 660344
DALLAS, TX 75266-0344

EXPRESS AIR CONDITIONING, INC.
12631 SW 20TH STREET
MIRAMAR, FL 33027

EXPRESS FORKLIFT SERVICE, IN
5406 NW 10TH TERRACE
FORT LAUDERDALE, FL 33309

EXTRA STORAGE OF
FORT LAUDERDALE
5201 NW 31ST AVENUE
FORT LAUDERDALE, FL 33309
FEDERAL COMPLIANCE PUBLICA

1835 EAST HALLANDALE BEACH B
NO. 329
HALLANDALE, FL 33009

FEDEX - FEDERAL EXPRESS
P.O. BOX 660481
DALLAS, TX 75266-0481

FERGUSON ENTERPRISES
LOS ANGELES, CA 90074-6809

FLORIDA POWER & LIGHT
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001

G & W TOOL COMPANIES, INC.
907 SOUTH DEWEY
WAGONER, OK 74467

GEN-STAR ELECTRIC INC.
6832 NORTH 63RD AVENUE
GLENDALE, AZ 85301

GENUINE PARTS CO. (NAPA)
P.O. BOX 848033
DALLAS, TX 75284-8033

GLOBAL EQUIPMENT COMPANY
P.O. BOX 905713
CHARLOTTE, NC 28290-5713

GOLDMAN SACHS CREDIT
PARTNERS L.P.
1 NEW YORK PLAZA
NEW YORK, NY 10004

GOODMAN DISTRIBUTION INC.
P.O. BOX 201652
HOUSTON, TX 77216-1652

GRAINGER
DEPARTMENT 802341131
P.O. BOX 419267
KANSAS CITY, MO 64141-6267

H.F. CLEANING SUPPLIES, INC.
P.O. BOX 160352
HIALEAH, FL 33016

HARBOR FREIGHT TOOLS USA, INC.
P.O. BOX 748076
LOS ANGELES, CA 90074-8076

HEMPELMAN AUTO PARTS, INC.
P.O. BOX 6389
GLENDALE, AZ 85312

HERCULES INDUSTRIES, INC.
P.O. BOX 911434
DENVER, CO 80291-1434

HOME DEPOT
DEPARTMENT 32-2500369941
P.O. BOX 183176
COLUMBUS, OH 43218-3176

HOTEL ANDALUZ
125 SECOND STREET, NW
ALBUQUERQUE, NM 87102

HUMAN KINETICS
9224 PAYSPHERE CIRCLE
CHICAGO, IL 60674

HUNTER SERVICE AND PARTS INC.
ATTN: MARK KINARD
P.O. BOX 972629
MIAMI, FL 33197

I AM GUARDED SECURITY
SYSTEMS, INC.
P.O. BOX 8659
CORAL SPRINGS, FL 33075-8659

INSTANT SIGNS
3204 SAN MATEO NE
ALBUQUERQUE, NM 87110

INTERNATIONAL FIRE EQUIPMENT
CO.
1695 WEST 39TH PLACE
UNIT C
HIALEAH, FL 33012

IRON MOUNTAIN
P.O. BOX 601002
PASADENA, CA 91189-1002

J & S SWEEPER SERVICE, INC.
3102 EAST MARILYN ROAD
PHOENIX, AZ 85032

JACKSON MEMORIAL HOSPITAL
190 NE 3RD STREET
MIAMI, FL 33132

JOHN WILEY & SONS, INC.
P.O. BOX 416502
BOSTON, MA 02241-6502

JOHNSTONE SUPPLY
P.O. BOX 27490
PHOENIX, AZ 85061

JOHNSTONE SUPPLY
5620 NW 12TH AVENUE
NO. 101
FORT LAUDERDALE, FL 33309

JOHNSTONE SUPPLY
P.O. BOX 693634
MIAMI, FL 33269

JOHNSTONE SUPPLY OF
ALBUQUERQUE
2501 PHOENIX AVENUE NE
ALBUQUERQUE, NM 87107

KNIGHT ELECTRONICS INC.
P.O. BOX 550969
DALLAS, TX 75355-0969

KONICA MINOLTA
21146 NETWORK PLACE
CHICAGO, IL 60673-1211

LAUDERHILL MALL INVESTMENT
696 NE 125TH STREET
MIAMI, FL 33161

LEXISNEXIS RISK DATA
MANAGEMENT INC.
P.O. BOX 7247-6157
PHILADELPHIA, PA 19170-6157

LUBRICATION EQUIPMENT & SUPPLY
3526 EAST BROADWAY ROAD
PHOENIX, AZ 85040

M & M GENERAL SERVICES
1050 NW 72ND TERRACE
MARGATE, FL 33063

M3HNR MANAGEMENT, LTD.
701 WEST HIGHLANDER BOULEV
ARLINGTON, TX 76015

M3HNR MANAGEMENT, LTD.
WELLS FARGO TRUST PROPERTYM
P.O. BOX 327
FORT WORTH, TX 76102

MARS AUTO PARTS
1835 MEARS PARKWAY
MARGATE, FL 33063

MASTER CARE PEST CONTROL
20080 NW 13TH AVENUE
MIAMI, FL 33169

MASTERMAN'S LLP
11 C STREET
P.O. BOX 411
AUBURN, MA 01501

MCGRAW-HILL GLOBAL EDUCATION
P.O. BOX 894190
LOS ANGELES, CA 90189-4190

MEDLINE INDUSTRIES INC.
DEPARTMENT 1080
P.O. BOX 121080
DALLAS, TX 75312-1080

MERIT GROUP
1206 IOWA ROAD
PRINCETON, KS 66078

MERRY SUNSHINE SERVICES, INC.
20040 NW 3RD AVENUE
MIAMI, FL 33169

MIAMI INTERNATIONAL ELEVATOR
8075 WEST 23RD AVENUE
BAY #5
HIALEAH, FL 33016

MIAMI-DADE COUNTY TAX
COLLECTOR
140 WEST FLAGLER STREET
MIAMI, FL 33130-1575

MICROSHRED, INC.
19593 NE 10TH AVENUE
BUILDING 4, BAY A & B
MIAMI, FL 33179

MICROTEK
7581 WEST 103RD AVENUE
WESTMINSTER, CO 80021

MIDWAY INDUSTRIES
P.O. BOX 586
COCKEYSVILLE, MD 21030-0586

MIDWEST HOSE & SPECIALTY
P.O. BOX 96558
OKLAHOMA CITY, OK 73143

MONARCH SECURITY INC.
P.O. BOX 920236
MIAMI, FL 33194

MONTGOMERY PLAZA PARTNERS,
LLC
C/O GOODMAN REALTY GROUP
100 SUN AVENUE
SUITE 100
ALBUQUERQUE, NM 87109

MONTGOMERY PLAZA PARTNERS,
LLC
F/B/O GERMAN AMERICAN CAPITAL
CORP.
2975 REGENT BOULEVARD
IRVING, TX 75063

MR. ROOTER OF BROWARD COUNTY
1500 WEST COPANS ROAD
UNIT A-8
POMPANO BEACH, FL 33064

NATIONAL HEALTHCAREER
ASSOCIATION
62280 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0622

NATIONWIDE GOURMETS OF
ARIZONA
8399 WEST VAN BUREN
SUITE 207
TOLLESON, AZ 85353

NETWORK TOOL WAREHOUSE
P.O. BOX 34628
ECM 7125
SEATTLE, WA 98124-1628

NEW MEXICO FRANCHISE
NEW MEXICO GAS COMPANY
P.O. BOX 173341
DENVER, CO 80217-3341

NEW MEXICO GROSS RECEIPTS
O'REILLY AUTO PARTS
P.O. BOX 9464
SPRINGFIELD, MO 65801-9464

OAK HALL INDUSTRIES, LP
840 UNION STREET
SALEM, VA 24153

OAKLAND PARK FARP-ALARM
P.O. BOX 919358
ORLANDO, FL 32891-9358

OFFICE DEPOT, INC.
P.O. BOX 88040
CHICAGO, IL 60680-1040

OLIVER PLANT COMPANY
8126 NORTH 23RD AVENUE
SUITE G
PHOENIX, AZ 85021

ORDERPOINT, INC.
3405 WEST 44TH STREET
MINNEAPOLIS, MN 55410

ORKIN PEST CONTROL
P.O. BOX 6930
ALBUQUERQUE, NM 87197

ORKIN PEST CONTROL
1820 SW 30TH AVENUE
HALLANDALE, FL 33009

P & M WELDING SUPPLY, INC.
7114 N.W. 72ND AVENUE
MIAMI, FL 33166

PAR MIAMI CORP.
7915 NW 64TH STREET
MIAMI, FL 33166

PARTS TOWN, LLC
1150A NORTH SWIFT ROAD
ADDISON, IL 60101

PATRICK J. PADILLA - TAX
PEDRAZA LANDSCAPING
11401 SW 44TH STREET
MIAMI, FL 33165

PITNEY BOWES GLOBAL
FINANCIAL SERVICES LLC
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

PITNEY BOWES INC.
P.O. BOX 856390
LOUISVILLE, KY 40285-6390

PITNEY BOWES PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

PNM @ 155
P.O. BOX 17970
DENVER, CO 80217-0970

PORT SUPPLY
P.O. BOX 50060
WATSONVILLE, CA 95077-5060

PRAXAIR DISTRIBUTION, INC.
P.O. BOX 120812
DALLAS, TX 75312-0812

PREMIER REALTY ADVISORS, LLC
2001 BRYON TOWER
SUITE 700
DALLAS, TX 75219

PRIME AUTO PARTS & SALVAGE
1157 NW 31ST AVENUE
FORT LAUDERDALE, FL 33311

PRIME MEDICAL CORP.
8187 NW 47TH AVENUE
BAY G
MEDLEY, FL 33166

PROFESSIONAL VENDING
SERVICES, INC.
1809 SOUTH POWERLINE ROAD
SUITE 108C
DEERFIELD BEACH, FL 33442

PROGRESSIVE BUSINESS
PUBLICATIONS
370 TECHNOLOGY DRIVE
P.O. BOX 3019
MALVERN, PA 19355

QUALITY CHEMICAL CO.
1835 NE 144TH STREET
MIAMI, FL 33181-1420

QUENCH USA, INC.
P.O. BOX 8500
LOCK BOX 53203
PHILADELPHIA, PA 19178-3203

RAMSEY WELDING SUPPLY, INC.
50 SPEEN STREET
SUITE 301
GLENDALE, AZ 85301

REAL TIME SECURITIES, INC.
6261 NW 201ST STREET
HIALEAH, FL 33015

RELIABLE FIRE & SAFETY
EQUIPMENT INC.
4838 NE 12TH AVENUE
FORT LAUDERDALE, FL 33334

RESPIRONICS INC.
P.O. BOX 405740
ATLANTA, GA 30384-5740

RODEY DICKASON SLOAN AKIN
AND ROBB L.P.
P.O. BOX 1888
ALBUQUERQUE, NM 87103-1888

ROPES & GRAY, LLP
P.O. BOX 414265
BOSTON, MA 02241-4265

ROYAL BANK OF CANADA,
AS AGENT
4TH FLOOR, 20 KING STREET WE
TORONTO, ONTARIO M5H 1C4

RSES EDUCATIONAL
FOUNDATION
1911 ROHLWING ROAD
SUITE A
ROLLING MEADOWS, IL 60008-1397

RSR ELECTRONICS, INC.
900 HART STREET
RAHWAY, NJ 07065

S & S NURSING UNLIMITED, INC
18405 NW 2ND AVENUE
MIAMI, FL 33169

SEASIDE SOLUTIONS INC.
800 WEST INDIANTOWN ROAD
JUPITER, FL 33458

SECURE GUARD SECURITY
CENTERS, INC.
4727 EAST BELL RD., SUITE 45
PMB #329
PHOENIX, AZ 85032

SENTRY SECURITY, INC.
10001 NW 50TH STREET, #111
FORT LAUDERDALE, FL 33351

SETH INVESTMENT PROPERTIES, LTD.
3210 SHORE VIEW DRIVE
HIGHLAND VILLAGE, TX 75077

SHAMROCK SUPPLY
2511 SAN MATEO BOULEVARD NE
ALBUQUERQUE, NM 87110

SHRED-IT ALBUQUERQUE
5901 PAN AMERICAN NE
SUITE D-4
ALBUQUERQUE, NM 87109

SONODEPOT
8 EAST 12TH STREET
SAINT CLOUD, FL 34769

SOUTHERN SECURITY &
INVESTIGATION, INC.
6801 NW 77TH AVENUE
SUITE 111
MIAMI, FL 33166

SPRINT
P.O. BOX 219100
KANSAS CITY, MO 64121-9100

SUPERIOR LOCK & KEY SERVICES
1829 NW 55TH STREET
MIAMI, FL 33142

SUVIDY, INC.
435 NW 202ND TERRACE
MIAMI, FL 33169

SWISHER HYGIENE FRANCHISE
CORP.
P.O. BOX 473526
CHARLOTTE, NC 28247-3526

TCS GROUP, INC.
3922 CORAL RIDGE DRIVE
CORAL SPRINGS, FL 33065

THE PACIFIC INSTITUTE INC.
1709 HARBOR AVENUE SW
SEATTLE, WA 98126

TYCO INTEGRATED SECUITY (ADT)
P.O. BOX 371967
PITTSBURGH, PA 15250-7967

U-HAUL INTERNATIONAL
P.O. BOX 52128
PHOENIX, AZ 85072-2128

U.S. DEPARTMENT OF JUSTICE
F/B/O U.S. DEPARTMENT OF
EDUCATION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

U.S. SECURITY ASSOCIATES, INC.
2226 WEST NORTHERN AVENUE
NO. C212
PHOENIX, AZ 85021

ULTIMATE WATER LLC
P.O. BOX 024908
MIAMI, FL 33102-4908

UNITECH-AIR CO.
8135 SW 205 TERRACE
MIAMI, FL 33189

UNITED PHOTO ALBUM
2828 WEST NORTHVIEW AVENUE
PHOENIX, AZ 85051

US MEDICAL SPECIALTIES, INC.
1602 NORTH FLORIDA AVENUE
TAMPA, FL 33602

USA ROOFING LLC
2120 EAST ROSE GARDEN LANE,#C
PHOENIX, AZ 85024

VALLEY STEEL SUPPLY, LLC
8769 NORTH 75TH AVENUE
PEORIA, AZ 85345

VALUTEL COMMUNICATIONS
P.O. BOX 25663
ALBUQUERQUE, NM 87125-0663

VOSS LIGHTING
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 22159
LINCOLN, NE 68542-2159

WANDA-LAM, INC.
P.O. BOX 219
BLOOMFIELD, NY 14469

WASTE MANAGEMENT
P.O. BOX 105453
ATLANTA, GA 30348-5453

WINDSTREAM COMMUNICATIONS
P.O. BOX 9001950
LEXINGTON, KY 40290-1950

WT COX SUBSCRIPTIONS, INC.
201 VILLAGE ROAD
SHALLOTTE, NC 28470

XEROX CORPORATION
P.O. BOX 7405
PASADENA, CA 91109-7405

XEROX CORPORATION
P.O. BOX 827598
PHILADELPHIA, PA 19182-7598

YESCO-YOUNG ELECTRIC SIGN CO.
P.O. BOX 11676
TACOMA, WA 98411-6676

ZEE MEDICAL SERVICE
P.O. BOX 781534
INDIANAPOLIS, IN 46278-8534

DEBRA FOSTER, A/P MANAGER
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

DEBRA FOSTER, A/P MANAGER
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

SAM LIN, CONTROLLER
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

SAM LIN, CONTROLLER
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

KATHLEEN OHER
VICE PRESIDENT, FINANCE
6331 BOULEVARD 26
SUITE 400
HURST, TX 76053

KATHLEEN OHER
VICE PRESIDENT, FINANCE
8701 BEDFORD-EULESS
SUITE 400
HURST, TX 76053

LYNDA SKINNER
DIRECTOR, TREASURY
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

LYNDA SKINNER
DIRECTOR, TREASURY
8701 BEDFORD-EULESS ROAD
SUITE 400
NORTH RICHLAND HILLS, TX 76180

SEAN KERRIGAN, CFO
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

ELVA RUTLIDGE
STAFF ACCOUNTANT
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

ANGELA EMERT
ASSISTANT CONTROLLER
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

WILLIAM MCMANUS, INTERIM CFO
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

CHERI KINDER
VICE PRESIDENT-CORP. CONT.
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

LYDIA CACDAC
SENIOR ACCOUNTANT
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

APRIL BROWNING
MANAGER - ACCOUNTING
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

LAMPHUNG NGO-BURNS, CFO
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

JOSEPH FILAR, CONTROLLER
STVT-AAI EDUCATION, INC.
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

ABILITY HOLDINGS, INC.
C/O BC PARTNERS
667 MADISON AVENUE
NEW YORK, NY 10065

MICHAEL F. GRIES
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

MICHAEL ZAWISKY, COO
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

JPMORGAN CHASE BANK, N.A.
P.O. BOX 6076
NEWARK, DE 19714-6076

ROYAL BANK OF CANADA
NEW YORK BRANCH
ONE LIBERTY PLAZA
4TH FLOOR
NEW YORK, NY 10006-1404

BANK OF AMERICA
135 SOUTH LASALLE STREET
CHICAGO, IL 60603

FOGLE & ASSOCIATES
200 SWINDERMAN ROAD
WEXFORD, PA 15090

ALMICH & ASSOCIATES
26463 RANCHO PARKWAY SOUTH
LAKE FOREST, CA 92630