**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ABILITY INTERMEDIATE HOLDINGS, INC. | Case No. 14-10104 (    ) |
| Debtor | |
| In re: | Chapter 7 |
| ATI ACQUISITION COMPANY, | Case No. 14-10105 (    ) |
| Debtor | |
| In re: | Chapter 7 |
| ATI ENTERPRISES, INC., | Case No. 14-10106 (    ) |
| Debtor | |
| In re: | Chapter 7 |
| ATI ENTERPRISES OF FLORIDA, INC., | Case No. 14-10107 (    ) |
| Debtor | |
| In re: | Chapter 7 |
| E&K VOCATIONAL NURSING PROGRAM, INC., | Case No. 14-10108 (    ) |
| Debtor | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,**
**METHODOLOGY, AND DISCLAIMER REGARDING**
**DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES**
**AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**SOFAs**" and together with the Schedules, the "**Bankruptcy Schedules**") of E & K Vocational Nursing Program, Inc. ("**E&K**") and ATI Enterprises, Inc. ("**ATI**", and together with E&K, the "**DNI Companies**"), ATI Enterprises of Florida, Inc. ("**ATI FL**"), ATI Acquisition Company ("**Acquisition**") and Ability Intermediate Holdings, Inc. ("**Ability**", and collectively, the "**Debtors**" or the "**Company**") have been prepared pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtors and are unaudited. The information provided herein, except as otherwise noted, is as of the close of business on January 20, 2014. While the Debtors'

management has made every reasonable effort to ensure that the Bankruptcy Schedules are accurate and complete, based upon information that was available to them at the time of preparation, the subsequent receipt of information may result in material changes to financial data and other information contained in the Bankruptcy Schedules and inadvertent errors or omissions may exist. Moreover, because the Bankruptcy Schedules contain information relating to the Company for which the Debtors' management has little information, there can be no assurance that these Bankruptcy Schedules are complete or accurate. These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements (the **"Global Notes"**) comprise an integral part of the Bankruptcy Schedules and should be referred to and considered in connection with any review of them.

1.  On May 30, 2013, at a publically noticed foreclosure sale pursuant to Section 9-610 of the New York Uniform Commercial Code (the "**Foreclosure Sale**"), Royal Bank of Canada ("**RBC**"), as collateral agent, on behalf of certain lenders to the Company, made the winning offer on the assets that were being sold, including, without limitation, substantially all of the assets and Claims (as defined in the APA) of the Company, including the right to designate the transfer of some or all of the Acquired Assets (as defined in the APA). The winning bid at the Foreclosure Sale was a credit bid by RBC (in its capacity as collateral agent for certain lenders) in the amount of $40,000,000 plus the assumption of certain liabilities.

2.  As a result of the Foreclosure Sale, the Company, RBC (in its capacity as collateral agent for certain lenders), RBC (in its capacity as a bidder) and STVT-AAI Education Inc., a Texas Corporation (the "**Designator**"), entered into that certain Asset Purchase Agreement dated as of May 30, 2013 (the "**APA**").

3.  As of June 1, 2013, Designator and the Company entered into a transition services agreement (the "**TSA**") to provide mutual services and assistance in connection with the transactions contemplated in the APA, all as more fully set forth in the TSA. In particular, during the period between the Foreclosure Sale and the consummation of the transactions contemplated in the APA, the Company agreed to provide to the Designator such assistance and services as reasonably necessary or appropriate for the operation of the business associated with the assets to be transferred to Designator. Similarly, during the period after consummation of the transactions contemplated in the APA, Designator agreed to provide the Company such assistance and services as reasonably necessary or appropriate to facilitate the continued operation by the Company of the business associated with those assets not transferred to Designator and/or the wind-down and liquidation of the Company.

4.  Pursuant to the APA, Designator received the right to require the Company to transfer all right, title and interest in, to and under all of the Acquired Assets (as defined in the APA) including, without limitation, the assets of the DNI Companies used in connection with the operation of the vocational nursing school operated under the name Dallas Nursing Institute located at 12170 Abrams Rd., #200, Dallas, TX 75243 (the "**School**") to one or more persons or entities designated by Designator. Additionally, all books and records of the Company were transferred to Designator pursuant to the TSA.

5.  On October 22, 2013, the DNI Companies, Designator and TCS Education – Texas, Inc., a Texas nonprofit corporation ("**Designee**") entered into that certain Asset Transfer

Agreement (the "**Transfer Agreement**"), pursuant to which (a) Designator designated Designee to acquire certain assets (the "**Transferred Assets**"), and (b) Designee acquired and accepted from the DNI Companies, all of the DNI Companies' right, title and interest in, to and under the Transferred Assets. Pursuant to the Foreclosure Sale and Part 6 of Article 9 of the UCC, the Transferred Assets were acquired by Designee free and clear of any and all Liens (as defined in the Transfer Agreement) other than Permitted Liens (as defined in the Transfer Agreement). Effective December 6, 2013, Designee took ownership of the Transferred Assets.

6.      The Debtors reserve all rights to amend the Bankruptcy Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Bankruptcy Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."

7.      The preparation of the Bankruptcy Schedules requires the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities at the date of the Bankruptcy Schedules and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

8.      Some of the Debtors' scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown." Accordingly, the Bankruptcy Schedules do not accurately reflect the aggregate amount of the Debtors' liabilities.

9.      The Debtors reserve the right to change the attribution of liability from a particular Debtor to another to the extent additional information becomes available and amend the Bankruptcy Schedules without notice as applicable.

10.     Given the differences between the information requested in the Bankruptcy Schedules and the financial information utilized under generally accepted accounting principles in the United States (**"GAAP"**), the aggregate asset values and claim amounts set forth in the Bankruptcy Schedules do not reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

11.     The Debtors have excluded certain categories of assets and liabilities from the Bankruptcy Schedules, such as employee benefit accruals, post-retirement benefits, students and/or customers that may have claims against the Debtors, deferred taxes and deferred gains. Other immaterial assets and liabilities also may have been excluded.

12.     It would be prohibitively expensive, unduly burdensome, and time-consuming to obtain current market valuations of the Debtors' property interests. Accordingly, to the extent any asset value is listed herein, unless otherwise indicated, net book values, rather than current market values, of the Debtors' interests in property are reflected on the applicable Bankruptcy Schedules. As applicable, assets that have been fully depreciated or were expensed

for accounting purposes have no net book value. Unless otherwise indicated, all asset amounts and claim amounts are listed as of January 20, 2014.

13.    Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. The descriptions provided on Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Bankruptcy Schedules shall be deemed a modification or interpretation of the terms of such agreements.

14.    The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights. To the best of the Debtors' knowledge, any such counterparties should be listed on Schedule F.

15.    In the ordinary course of their businesses, the Debtors apply credits against amounts otherwise due to vendors. These credits arise because, among other matters, materials ordered and paid for may not be delivered, materials delivered are damaged or unusable, and vendors provide volume rebates and cash discounts. Certain of these credits are subject to change. Vendor claims are listed at the amounts entered on the Debtors' books and records, which may reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all of their rights respecting such credits and allowances.

16.    For purposes of the Schedules, the Debtors have only scheduled claims and executory contracts for which the Debtors may be contractually and/or directly liable. No claims have been scheduled for a Debtor that may have benefited directly or indirectly from a contractual relationship to which the Debtor was not a party.

17.    While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business,

such as easements, right of way, subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including without limitation, any intercompany agreement) related to a creditor's claim. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. However, each Debtor reserves the right to assert that such agreements constitute executory contracts.

18.     Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

19.     The Debtors reserve all of their rights with respect to causes of action they may have, and neither these Global Notes nor the Bankruptcy Schedules shall be deemed a waiver of any such causes of action. Furthermore, nothing contained in the Bankruptcy Schedules shall constitute a waiver of rights with respect to these Chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

20.     In the circumstances where the Bankruptcy Schedules require information regarding insiders and/or officers and directors, included herein are each Debtor's (a) directors (or persons in similar positions) and (b) employees. The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

21.     For purposes of SOFA question 3, outstanding amounts owed to such recipients of payments are listed in the Schedules.

22.     For purposes of SOFA question 9, all payments made on behalf of each of the Debtors for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of these cases have not been expressly allocated to each Debtor.

23. The Debtors and their agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their agents, attorneys and financial advisors be liable or to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys and financial advisors are advised of the possibility of such damages.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Delaware

In re    **ATI Enterprises of Florida, Inc.**               ,     Case No.    **14-10107**

                                  Debtor        Chapter             **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 257,481,154.99 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 1,508,256.49 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 40 | | 93,253,607.80 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 51 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 352,243,019.28 | |

B6A (Official Form 6A) (12/07)

In re    **ATI Enterprises of Florida, Inc.**                                    Case No.    **14-10107**
_____                    _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | - | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **ATI Enterprises of Florida, Inc.**                                                    ,                Case No.   __14-10107__
                                                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           **0.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **ATI Enterprises of Florida, Inc.**                                                                   Case No. _____**14-10107**_____ _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __ **ATI Enterprises of Florida, Inc.** _____ ,    Case No. ___**14-10107**_____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 0.00 |

Sheet __**2**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **ATI Enterprises of Florida, Inc.**                                              Case No.    **14-10107**
                                                                                    _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | December 30, 2009 Credit and Guaranty Agreement | | | | | |
| **Royal Bank of Canada, as Agent 4th Floor, 20 King Street West Toronto, Ontario M5H 1C4** | - | | | | | | | | | |
| | | | | | Value $                    0.00 | | | | 253,681,154.99 | 253,681,154.99 |
| Account No. | | | | | **Letter of Credit** | | | | | |
| **U.S. Department of Justice f/b/o U.S. Department of Education 950 Pennsylvania Avenue, NW Washington, DC 20530-0001** | - | | | | | | | | | |
| | | | | | Value $                    0.00 | | | | 3,800,000.00 | 3,800,000.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**0**  continuation sheets attached

Subtotal
(Total of this page)                257,481,154.99    257,481,154.99

Total
(Report on Summary of Schedules)                257,481,154.99    257,481,154.99

B6E (Official Form 6E) (4/13)

In re   **ATI Enterprises of Florida, Inc.**                                      ,   Case No. __14-10107__
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__1__  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **ATI Enterprises of Florida, Inc.**                                    Case No.    **14-10107**
_____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | 0.00 |
| **Florida Department of Revenue** **5050 West Tennessee Street** **Tallahasse, FL 32390-0100** | - | | | | | | 86,469.16 | 86,469.16 |
| Account No. | | | Franchise Tax | | | | | 0.00 |
| **New Mexico Department of Revenue** **P.O. Box 630** **Santa Fe, NM 87504-0630** | - | | | | | | 610,636.46 | 610,636.46 |
| Account No. | | | Gross Receipts | | | | | 0.00 |
| **New Mexico Department of Revenue** **P.O. Box 630** **Santa Fe, NM 87504-0630** | - | | | | | | 811,150.87 | 811,150.87 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 1,508,256.49 | 1,508,256.49 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 1,508,256.49 | 1,508,256.49 |

B6F (Official Form 6F) (12/07)

In re    **ATI Enterprises of Florida, Inc.**                                              Case No.    **14-10107**
_____,
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | | | | | |
| **2950 W Cypress Creek Realty 2950 West Cypress Creek Road #103 Fort Lauderdale, FL 33309** | | | | | | | | | 0.00 |
| Account No. | | - | | | | | | | |
| **3500 Milam Dairy Road, LLC 128 Islander Drive Boynton Beach, FL 33435** | | | | | | | | | 35,351.00 |
| Account No. | | - | | | | | | | |
| **5 Star Exterminators, Inc. 18520 NW 67th Avenue No. 266 Hialeah, FL 33015** | | | | | | | | | 1,379.00 |
| Account No. | | - | | | | | | | |
| **A-1 Commercial Cleaning LLC 3415 Hunters Stand San Antonio, TX 78230** | | | | | | | | | 20,400.51 |

__39__ continuation sheets attached

Subtotal
(Total of this page)          57,130.51

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Enterprises of Florida, Inc.** _____,    Case No. __**14-10107**_____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| AACRAO P.O. Box 37097 Baltimore, MD 21297-3097 | - | | | | | | | 812.00 |
| Account No. | | | | | | | | |
| AAVIM 220 Smithonia Road Winterville, GA 30683-9527 | - | | | | | | | 165.00 |
| Account No. | | | | | | | | |
| Abet Screen Printing 354 West Mohave Street Phoenix, AZ 85003 | - | | | | | | | 3,559.44 |
| Account No. | | | | | | | | |
| ACCA-AZ 10211 North 32nd Street Suite B2 Phoenix, AZ 85028 | - | | | | | | | 1,014.00 |
| Account No. | | | | | | | | |
| Act, Inc. P.O. Box 4072 Iowa City, IA 52243-4072 | - | | | | | | | 83.00 |

Sheet no. __**1**__ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,633.44

B6F (Official Form 6F) (12/07) - Cont.

In re     **ATI Enterprises of Florida, Inc.**                                    , Case No.    **14-10107**
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Action Linen Services, LLC P.O. Box 100526 Fort Lauderdale, FL 33310 | - | | | | | | | 1,440.76 |
| Account No. | | | | | | | | |
| Adge Electric & Well Service 66 Skyline Road Sandia Park, NM 87047 | - | | | | | | | 2,013.33 |
| Account No. | | | | | | | | |
| AHIMA-American Health Information Mgmt. Attn: Department 77-2735 P.O. Box 4295 Carol Stream, IL 60197 | - | | | | | | | 277.17 |
| Account No. | | | | | | | | |
| Air Cold Supply Air Cold/Webb Dist #1401 Los Angeles, CA 90074-6809 | - | | | | | | | 61.96 |
| Account No. | | | | | | | | |
| Airgas USA P.O. Box 532609 Atlanta, GA 30353-2609 | - | | | | | | | 1,734.69 |

Sheet no. __2__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,527.91

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Enterprises of Florida, Inc.**                                    Case No.    **14-10107**
                                                                    ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Airport Instant Signs** **2517 NW 72 Avenue** **Miami, FL 33122** | | - | | | | | | 289.46 |
| Account No. | | | | | | | | |
| **Albuquerque Hispano Chamber of Commerce** **1309 4th Street SW** **Albuquerque, NM 87102** | | - | | | | | | 400.00 |
| Account No. | | | | | | | | |
| **Alpha Card Systems, LLC** **P.O. Box 231179** **Portland, OR 97281** | | - | | | | | | 390.55 |
| Account No. | | | | | | | | |
| **Appliance Outlet** **4250 North Dixie Highway** **Fort Lauderdale, FL 33334** | | - | | | | | | 603.00 |
| Account No. | | | | | | | | |
| **Aquasense** **1311 Cuesta Abajo Center NE** **Suite G** **Albuquerque, NM 87113** | | - | | | | | | 673.33 |

Sheet no. __3__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,356.34

B6F (Official Form 6F) (12/07) - Cont.

In re  __ATI Enterprises of Florida, Inc._____,   Case No. ___14-10107_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Argyle Welding Supply, Inc. P.O. Box 6889 Albuquerque, NM 87197 | - | | | | | | 511.60 |
| Account No. | | | | | | | |
| Arizona Highways-Subscription P.O. Box 8521 Big Sandy, TX 75755-8521 | - | | | | | | 24.00 |
| Account No. | | | | | | | |
| AT&T P.O. Box 105262 Atlanta, GA 30348-5262 | - | | | | | | 3,009.53 |
| Account No. | | | | | | | |
| AT&T P.O. Box 105503 Atlanta, GA 30348-5503 | - | | | | | | 1,979.83 |
| Account No. | | | | | | | |
| Atlantic Auto Suppliers, Inc. 6900 NW 51 Street Miami, FL 33166 | - | | | | | | 861.30 |

Sheet no. __4___ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              6,386.26

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Enterprises of Florida, Inc.__ _____ ,      Case No. ___14-10107_____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Auto Eninuity 3715 East Palm Street Mesa, AZ 85215 | - | | | | | | 61.52 |
| Account No. | | | | | | | |
| Auto Serve Industries, Inc. 4774 West Earhart Way Chandler, AZ 85226-4665 | - | | | | | | 450.00 |
| Account No. | | | | | | | |
| Auto Zone Stores, Inc. Attn: Box 116067 100 Southcrest Drive Stockbridge, GA 30281 | - | | | | | | 145.64 |
| Account No. | | | | | | | |
| Automart Distributors, Inc. 2001 NW 15th Avenue Bay 104 Pompano Beach, FL 33069 | - | | | | | | 3,800.10 |
| Account No. | | | | | | | |
| Automotive Test Solutions Inc. 2173 Deer Trail Los Alamos, NM 87544 | - | | | | | | 399.64 |

Sheet no. __5__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     4,856.90

B6F (Official Form 6F) (12/07) - Cont.

In re      **ATI Enterprises of Florida, Inc.**                                    , Case No.   **14-10107**
_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Axis Employment Services LLC**<br>**7000 North 16th Street**<br>**Suite 120 #501**<br>**Phoenix, AZ 85020** | - | | | | | | 3,274.44 |
| Account No. | | | | | | | |
| **AZ Sign Language Interpreting**<br>**8902 West Caribbean Lane**<br>**Peoria, AZ 85381** | - | | | | | | 21,060.00 |
| Account No. | | | | | | | |
| **Baro II Hardware, Inc.**<br>**7248 NW 25th Street**<br>**Miami, FL 33122** | - | | | | | | 541.85 |
| Account No. | | | | | | | |
| **Batteries Plus #332**<br>**3014 North Dobson Road**<br>**Suite 2**<br>**Chandler, AZ 85224** | - | | | | | | 2,784.87 |
| Account No. | | | | | | | |
| **Besam Entrance Solutions**<br>**P.O. Box 827375**<br>**Philadelphia, PA 19182-7375** | - | | | | | | 491.76 |

Sheet no. __6__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 28,152.92 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **ATI Enterprises of Florida, Inc.**                                    Case No. __**14-10107**__
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Biscay Holdings, Ltd. 7225 NW 25th Street #110 Miami, FL 33122 | - | | | | | | 113,582.03 |
| Account No. | | | | | | | |
| Boywic Farms Ltd. c/o Rauch, Weaver, Norfleet, Kurtz & Co. 5300 North Federal Highway Fort Lauderdale, FL 33308 | - | | | | | | 302,290.01 |
| Account No. | | | | | | | |
| Brazas Fire & Safety Equipment Co. 3207 Matthew Avenue, NE Albuquerque, NM 87107 | - | | | | | | 296.39 |
| Account No. | | | | | | | |
| BRI 1814 GGOP c/o Beacon Real Estate Investments, Inc. 1140 East Hallandale Beach Boulevard Hallandale, FL 33009 | - | | | | | | 748,499.12 |
| Account No. | | | | | | | |
| Broward County Chamber of Commerce 1640 West Oakland Park Blvd. Suite 403 Fort Lauderdale, FL 33311 | - | | | | | | 295.00 |

Sheet no. _**7**_ of _**39**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          | 1,164,962.55 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Enterprises of Florida, Inc.**
_____,
                    Debtor

Case No.    **14-10107**
_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Broward County Tax Collector** **115 South Andrews Avenue** **RM A-100** **Fort Lauderdale, FL 33301** | - | | | | | | 21,380.21 |
| Account No. | | | | | | | |
| **Burrows Electric Company** **1552 NW 6th Street** **Fort Lauderdale, FL 33311** | - | | | | | | 677.87 |
| Account No. | | | | | | | |
| **Cactus Refreshment Services** **P.O. Box 60096** **Phoenix, AZ 85082-0096** | - | | | | | | 43.72 |
| Account No. | | | | | | | |
| **Calientes Restaurant, LLC** **1930 Juan Tabo Boulevard NE** **Suite H** **Albuquerque, NM 87112** | - | | | | | | 288.34 |
| Account No. | | | | | | | |
| **Celebration Time Inc.** **435 East Keyline Square SW** **Vero Beach, FL 32968** | - | | | | | | 386.65 |

Sheet no. __8__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,776.79

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Enterprises of Florida, Inc._____ ,   Case No. ___14-10107_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Centurylink P.O. Box 29040 Phoenix, AZ 85038-9040 | - | | | | | | 480.75 |
| Account No. | | | | | | | |
| Chavez Used Auto Parts 1480 NW 20th Street Miami, FL 33142 | - | | | | | | 321.00 |
| Account No. | | | | | | | |
| CHK Enterprises, Inc. 7210 Menaul NE Albuquerque, NM 87110 | - | | | | | | 2,015.84 |
| Account No. | | | | | | | |
| Cintas Document Management, LLC P.O. Box 633842 Cincinnati, OH 45263-3842 | - | | | | | | 2,208.64 |
| Account No. | | | | | | | |
| Cintas FAS Lockbox 636525 P.O. Box 636525 Cincinnati, OH 45263-6525 | - | | | | | | 156.34 |

Sheet no. _9_ of _39_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     5,182.57

B6F (Official Form 6F) (12/07) - Cont.

In re   **ATI Enterprises of Florida, Inc.** _____,    Case No. ____**14-10107**_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Cintas First Aid** **P.O. Box 633842** **Cincinnati, OH 45263-3842** | - | | | | | | 2,313.36 |
| Account No. | | | | | | | |
| **City of Albuquerque** **Permits** **P.O. Box 25700** **Albuquerque, NM 87125** | - | | | | | | 150.00 |
| Account No. | | | | | | | |
| **City of Fort Lauderdale** **Municipal Services** **P.O. Box 31687** **Tampa, FL 33631-3687** | - | | | | | | 155.84 |
| Account No. | | | | | | | |
| **City of Fort Lauderdale** **War Memorial Auditorium** **800 NE 8th Street** **Fort Lauderdale, FL 33304** | - | | | | | | 2,281.72 |
| Account No. | | | | | | | |
| **City of Glendale** **Privilege Tax Section** **5850 West Glendale** **Glendale, AZ 85301** | - | | | | | | 58.78 |

Sheet no. __**10**__ of __**39**__ sheets attached to Schedule of     Subtotal     4,959.70
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Enterprises of Florida, Inc.__ ,     Case No. __14-10107__

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cold Appliance Export** <br> **3750 NE 4th Avenue** <br> **Fort Lauderdale, FL 33334-1102** | - | | | | | | 265.00 |
| Account No. <br><br> **Contractors Termite and Pest Control** <br> **24825 North 16th Avenue** <br> **Suite 140** <br> **Phoenix, AZ 85085** | - | | | | | | 0.00 |
| Account No. <br><br> **Crown Trophy** <br> **7388 West Commercial Boulevard** <br> **Fort Lauderdale, FL 33319** | - | | | | | | 105.89 |
| Account No. <br><br> **Cummins Rocky Mountain, LLC** <br> **P.O. Box 912138** <br> **Denver, CO 80291-2138** | - | | | | | | 609.40 |
| Account No. <br><br> **Dacco Transmission Parts** <br> **4555 Solutions Center** <br> **Chicago, IL 60677-4005** | - | | | | | | 40.86 |

Sheet no. __11__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     1,021.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Enterprises of Florida, Inc.**                                              Case No.    **14-10107**
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Dahlstrom & Company Inc. 50 October Hill Road Holliston, MA 01746 | - | | | | | | | 85.25 |
| Account No. | | | | | | | | |
| Dewind, Inc. 241 N.W. 44th Street Fort Lauderdale, FL 33309 | - | | | | | | | 228.10 |
| Account No. | | | | | | | | |
| Diversify Sales & Rentals 15521 S.W. 112 Terrace Miami, FL 33196 | - | | | | | | | 773.61 |
| Account No. | | | | | | | | |
| Ebsco Information Services P.O. Box 830625 Birmingham, AL 35283 | - | | | | | | | 7,584.59 |
| Account No. | | | | | | | | |
| ECMC Solutions Corporation P.O. Box 65826 Saint Paul, MN 55165-0826 | - | | | | | | | 175,777.00 |

Sheet no. __12__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              184,448.55

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Enterprises of Florida, Inc.**                                          ,    Case No.    **14-10107**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Edgar Bolton, Jr., DO PA 1512 SE 10th Street Fort Lauderdale, FL 33316 | - | | | | | | | 2,000.00 |
| Account No. | | | | | | | | |
| Eiber Radiology 10700 SW 108th Avenue #C-116 Miami, FL 33176 | - | | | | | | | 500.00 |
| Account No. | | | | | | | | |
| Elevator Emergency Service 4581 Weston Road Suite 173 Fort Lauderdale, FL 33331 | - | | | | | | | 269.68 |
| Account No. | | | | | | | | |
| Emergency Educational Institute 9381 West Sample Road #200 Coral Springs, FL 33065 | - | | | | | | | 2,575.80 |
| Account No. | | | | | | | | |
| Everglades Electric Supply, Inc. 841 East Prospect Road Fort Lauderdale, FL 33334 | - | | | | | | | 1,420.11 |

Sheet no. __13__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **6,765.59**

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Enterprises of Florida, Inc.**                                          Case No.    **14-10107**
                                                                    ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | | | | | | |
| | | | J | | | | | | |
| | | | C | | | | | | |
| Account No. | | | | | | | | | |
| Excel Commercial P.O. Box 660344 Dallas, TX 75266-0344 | - | | | | | | | | 106.26 |
| Account No. | | | | | | | | | |
| Express Air Conditioning, Inc. 12631 SW 20th Street Miramar, FL 33027 | - | | | | | | | | 2,282.50 |
| Account No. | | | | | | | | | |
| Express Forklift Service, Inc. 5406 NW 10th Terrace Fort Lauderdale, FL 33309 | - | | | | | | | | 920.00 |
| Account No. | | | | | | | | | |
| Extra Storage of Fort Lauderdale 5201 NW 31st Avenue Fort Lauderdale, FL 33309 | - | | | | | | | | 2,149.12 |
| Account No. | | | | | | | | | |
| Federal Compliance Publications 1835 East Hallandale Beach Blvd. #329 Hallandale, FL 33009 | - | | | | | | | | 259.50 |

Sheet no. __14__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,717.38

B6F (Official Form 6F) (12/07) - Cont.

In re **ATI Enterprises of Florida, Inc.** , Case No. **14-10107**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | | | | | |
| FedEx - Federal Express P.O. Box 660481 Dallas, TX 75266-0481 | | | | | | | | | 4,053.93 |
| Account No. | | - | | | | | | | |
| Ferguson Enterprises Los Angeles, CA 90074-6686 | | | | | | | | | 4.52 |
| Account No. | | - | | | | | | | |
| Florida Power & Light General Mail Facility Miami, FL 33188-0001 | | | | | | | | | 13,219.02 |
| Account No. | | - | | | | | | | |
| G & W Tool Companies, Inc. 907 South Dewey Wagoner, OK 74467 | | | | | | | | | 139.95 |
| Account No. | | - | | | | | | | |
| Gen-Star Electric Inc. 6832 North 63rd Avenue Glendale, AZ 85301 | | | | | | | | | 155.60 |

Sheet no. **15** of **39** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 17,573.02

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Enterprises of Florida, Inc._____,    Case No. ____14-10107_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Genuine Parts Co. (NAPA) P.O. Box 848033 Dallas, TX 75284-8033 | - | | | | | | | 10,825.15 |
| Account No. | | | | | | | | |
| Global Equipment Company P.O. Box 905713 Charlotte, NC 28290-5713 | - | | | | | | | 120.02 |
| Account No. | | | | | | | | |
| Goldman Sachs Credit Partners L.P. 1 New York Plaza New York, NY 10004 | - | | | | | | | 90,000,000.00 |
| Account No. | | | | | | | | |
| Goodman Distribution Inc. P.O. Box 201652 Houston, TX 77216-1652 | - | | | | | | | 4,012.54 |
| Account No. | | | | | | | | |
| Grainger Department 802341131 P.O. Box 419267 Kansas City, MO 64141-6267 | - | | | | | | | 12,802.40 |

Sheet no. __16__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    90,027,760.11

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Enterprises of Florida, Inc.**                                    Case No.    **14-10107**
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| H.F. Cleaning Supplies, Inc. P.O. Box 160352 Hialeah, FL 33016 | - | | | | | | | 9,039.83 |
| Account No. | | | | | | | | |
| Harbor Freight Tools USA, Inc. P.O. Box 748076 Los Angeles, CA 90074-8076 | - | | | | | | | 493.61 |
| Account No. | | | | | | | | |
| Hempelman Auto Parts, Inc. P.O. Box 6389 Glendale, AZ 85312 | - | | | | | | | 17,118.25 |
| Account No. | | | | | | | | |
| Hercules Industries, Inc. P.O. Box 911434 Denver, CO 80291-1434 | - | | | | | | | 4,464.28 |
| Account No. 9941 | | | | | | | | |
| Home Depot Department 32-2500369941 P.O. Box 183176 Columbus, OH 43218-3176 | - | | | | | | | 2,518.24 |

Sheet no. __17__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    33,634.21

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Enterprises of Florida, Inc.__ _____,    Case No. ___14-10107_____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Hotel Andaluz 125 Second Street, NW Albuquerque, NM 87102 | - | | | | | | 741.70 |
| Account No. | | | | | | | |
| Human Kinetics 9224 Paysphere Circle Chicago, IL 60674 | - | | | | | | 2,561.47 |
| Account No. | | | | | | | |
| Hunter Service & Parts Inc. Attn: Mark Kinard P.O. Box 972629 Miami, FL 33197 | - | | | | | | 1,827.56 |
| Account No. | | | | | | | |
| I Am Guarded Security Systems, Inc. P.O. Box 8659 Coral Springs, FL 33075-8659 | - | | | | | | 1,438.92 |
| Account No. | | | | | | | |
| Instant Signs 3204 San Mateo NE Albuquerque, NM 87110 | - | | | | | | 187.25 |

Sheet no. __18__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    6,756.90

B6F (Official Form 6F) (12/07) - Cont.

In re    __ATI Enterprises of Florida, Inc._____,    Case No. ___14-10107_____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| International Fire Equipment Co. 1695 West 39th Place Unit C Hialeah, FL 33012 | | - | | | | | | 376.00 |
| Account No. | | | | | | | | |
| Iron Mountain P.O. Box 601002 Pasadena, CA 91189-1002 | | - | | | | | | 8,308.09 |
| Account No. | | | | | | | | |
| J & S Sweeper Service, Inc. 3102 East Marilyn Road Phoenix, AZ 85032 | | - | | | | | | 840.00 |
| Account No. | | | | | | | | |
| Jackson Memorial Hospital 190 NE 3rd Street Miami, FL 33132 | | - | | | | | | 300.00 |
| Account No. | | | | | | | | |
| John Wiley & Sons, Inc. P.O. Box 416502 Boston, MA 02241-6502 | | - | | | | | | 4,438.78 |

Sheet no. __19__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    14,262.87

B6F (Official Form 6F) (12/07) - Cont.

In re   **ATI Enterprises of Florida, Inc.** _____,   Case No. ___**14-10107**_____

                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Johnstone Supply P.O. Box 27490 Phoenix, AZ 85061 | - | | | | | | | 407.21 |
| Account No. | | | | | | | | |
| Johnstone Supply 5620 NW 12th Avenue #101 Fort Lauderdale, FL 33309 | - | | | | | | | 9,091.09 |
| Account No. | | | | | | | | |
| Johnstone Supply P.O. Box 693634 Miami, FL 33269 | - | | | | | | | 6,840.00 |
| Account No. | | | | | | | | |
| Johnstone Supply of Albuquerque 2501 Phoenix Avenue NE Albuquerque, NM 87107 | - | | | | | | | 1,981.26 |
| Account No. | | | | | | | | |
| Knight Electronics Inc. P.O. Box 550969 Dallas, TX 75355-0969 | - | | | | | | | 21,857.04 |

Sheet no. __20__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,176.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Enterprises of Florida, Inc.**                                    , Case No.    **14-10107**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Konica Minolta 21146 Network Place Chicago, IL 60673-1211 | - | | | | | | | 13,393.19 |
| Account No. | | | | | | | | |
| Lauderhill Mall Investment, LLC 696 NE 125th Street Miami, FL 33161 | - | | | | | | | 791,703.73 |
| Account No. | | | | | | | | |
| LexisNexis Risk Data Management Inc. P.O. Box 7247-6157 Philadelphia, PA 19170-6157 | - | | | | | | | 750.00 |
| Account No. | | | | | | | | |
| Lubrication Equipment & Supply Co. 3526 East Broadway Road Phoenix, AZ 85040 | - | | | | | | | 512.34 |
| Account No. | | | | | | | | |
| M & M General Services 1050 NW 72nd Terrace Margate, FL 33063 | - | | | | | | | 19,578.20 |

Sheet no.  **21**  of  **39**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 825,937.46 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Enterprises of Florida, Inc.**                                          Case No.    **14-10107**
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| M3HNR Management, Ltd. 701 West Highlander Boulevard Arlington, TX 76015 | - | | | | | | 56,302.10 |
| Account No. | | | | | | | |
| Mars Auto Parts 1835 Mears Parkway Margate, FL 33063 | - | | | | | | 1,712.00 |
| Account No. | | | | | | | |
| Master Care Pest Control 20080 NW 13th Avenue Miami, FL 33169 | - | | | | | | 900.95 |
| Account No. | | | | | | | |
| Masterman's LLP 11 C Street P.O. Box 411 Auburn, MA 01501 | - | | | | | | 570.13 |
| Account No. | | | | | | | |
| McGraw-Hill Global Education P.O. Box 894190 Los Angeles, CA 90189-4190 | - | | | | | | 4,737.70 |

Sheet no. **22** of **39** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          64,222.88

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Enterprises of Florida, Inc.**                                    ,          Case No.    **14-10107**
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Medline Industries Inc.** **Department 1080** **P.O. Box 121080** **Dallas, TX 75312-1080** | - | | | | | | | 30.02 |
| Account No. | | | | | | | | |
| **Merit Group** **1206 Iowa Road** **Princeton, KS 66078** | - | | | | | | | 1,843.00 |
| Account No. | | | | | | | | |
| **Merry Sunshine Services, Inc.** **20040 NW 3rd Avenue** **Miami, FL 33169** | - | | | | | | | 200.84 |
| Account No. | | | | | | | | |
| **Miami International Elevator** **8075 West 23rd Avenue** **Bay #5** **Hialeah, FL 33016** | - | | | | | | | 481.00 |
| Account No. | | | | | | | | |
| **Miami-Dade County Tax Collector** **140 West Flagler Street** **Miami, FL 33130-1575** | - | | | | | | | 59,258.91 |

Sheet no. __23__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,813.77

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Enterprises of Florida, Inc.**                                    Case No. __**14-10107**__
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Microshred, Inc.**<br>**19593 NE 10th Avenue**<br>**Building 4, Bay A & B**<br>**Miami, FL 33179** | - | | | | | | **92.00** |
| Account No.<br><br>**Microtek**<br>**7581 West 103rd Avenue**<br>**Westminster, CO 80021** | - | | | | | | **10,820.00** |
| Account No.<br><br>**Midway Industries**<br>**P.O. Box 586**<br>**Cockeysville, MD 21030-0586** | - | | | | | | **10,528.99** |
| Account No.<br><br>**Midwest Hose & Specialty**<br>**P.O. Box 96558**<br>**Oklahoma City, OK 73143** | - | | | | | | **392.38** |
| Account No.<br><br>**Monarch Security Inc.**<br>**P.O. Box 920236**<br>**Miami, FL 33194** | - | | | | | | **69.55** |

Sheet no. __**24**__ of __**39**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **21,902.92**

B6F (Official Form 6F) (12/07) - Cont.

In re     **ATI Enterprises of Florida, Inc.**                                    ,          Case No.    **14-10107**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Montgomery Plaza Partners, LLC** c/o Goodman Realty Group 100 Sun Avenue Suite 100 Albuquerque, NM 87109 | - | | | | | | 388,427.14 |
| Account No. | | | | | | | |
| **Mr. Rooter of Broward County** 1500 West Copans Road Unit A-8 Pompano Beach, FL 33064 | - | | | | | | 3,035.95 |
| Account No. | | | | | | | |
| **National Healthcareer Association** 62280 Collection Center Drive Chicago, IL 60693-0622 | - | | | | | | 5,205.00 |
| Account No. | | | | | | | |
| **Nationwide Gourmets of Arizona** 8399 West Van Buren Suite 207 Tolleson, AZ 85353 | - | | | | | | 439.20 |
| Account No. | | | | | | | |
| **Network Tool Warehouse** P.O. Box 34628 ECM 7125 Seattle, WA 98124-1628 | - | | | | | | 840.37 |

Sheet no. __25__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **397,947.66**

B6F (Official Form 6F) (12/07) - Cont.

In re     **ATI Enterprises of Florida, Inc.**                                    Case No.     **14-10107**
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| New Mexico Gas Company P.O. Box 173341 Denver, CO 80217-3341 | | - | | | | | | 2,736.13 |
| Account No. | | | | | | | | |
| O'Reilly Auto Parts P.O. Box 9464 Springfield, MO 65801-9464 | | - | | | | | | 1,959.74 |
| Account No. | | | | | | | | |
| Oak Hall Industries, LP 840 Union Street Salem, VA 24153 | | - | | | | | | 4,926.00 |
| Account No. | | | | | | | | |
| Oakland Park Farp-Alarm P.O. Box 919358 Orlando, FL 32891-9358 | | - | | | | | | 200.00 |
| Account No. | | | | | | | | |
| Office Depot, Inc. P.O. Box 88040 Chicago, IL 60680-1040 | | - | | | | | | 8,358.83 |

Sheet no. __26__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          18,180.70

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Enterprises of Florida, Inc.**                                            , Case No. ___**14-10107**___
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Oliver Plant Company 8126 North 23rd Avenue Suite G Phoenix, AZ 85021 | | | | | | | | 166.00 |
| Account No. | | - | | | | | | |
| Orderpoint, Inc. 3405 West 44th Street Minneapolis, MN 55410 | | | | | | | | 1,146.70 |
| Account No. | | - | | | | | | |
| Orkin Pest Control P.O. Box 6930 Albuquerque, NM 87197 | | | | | | | | 300.44 |
| Account No. | | - | | | | | | |
| Orkin Pest Control 1820 SW 30th Avenue Hallandale, FL 33009 | | | | | | | | 5,151.60 |
| Account No. | | - | | | | | | |
| P & M Welding Supply, Inc. 7114 N.W. 72nd Avenue Miami, FL 33166 | | | | | | | | 10.70 |

Sheet no. __27__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        6,775.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Enterprises of Florida, Inc.** ,                    Case No.    **14-10107**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Par Miami Corp.** **7915 NW 64th Street** **Miami, FL 33166** | - | | | | | | | 376.64 |
| Account No. | | | | | | | | |
| **Parts Town, LLC** **1150A North Swift Road** **Addison, IL 60101** | - | | | | | | | 297.25 |
| Account No. | | | | | | | | |
| **Patrick J. Padilla - Tax** | - | | | | | | | 1,774.14 |
| Account No. | | | | | | | | |
| **Pearson Education** **P.O. Box 409479** **Atlanta, GA 30384-9479** | - | | | | | | | 20,932.40 |
| Account No. | | | | | | | | |
| **Pedraza Landscaping** **11401 SW 44th Street** **Miami, FL 33165** | - | | | | | | | 920.00 |

Sheet no. __28__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     24,300.43

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Enterprises of Florida, Inc._____,    Case No. ___14-10107_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| Pitney Bowes Global Financial Services LLC P.O. Box 371887 Pittsburgh, PA 15250-7887 | | - | | | | | | | 2,497.15 |
| Account No. | | | | | | | | | |
| Pitney Bowes Inc. P.O. Box 856390 Louisville, KY 40285-6390 | | - | | | | | | | 1,958.66 |
| Account No. | | | | | | | | | |
| Pitney Bowes Purchase Power P.O. Box 371874 Pittsburgh, PA 15250-7874 | | - | | | | | | | 9,410.22 |
| Account No. | | | | | | | | | |
| PNM @ 155 P.O. Box 17970 Denver, CO 80217-0970 | | - | | | | | | | 3,555.34 |
| Account No. | | | | | | | | | |
| Port Supply P.O. Box 50060 Watsonville, CA 95077-5060 | | - | | | | | | | 33.85 |

Sheet no. _29_ of _39_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          17,455.22

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Enterprises of Florida, Inc.__ ,      Case No. __14-10107__

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Praxair Distribution, Inc. P.O. Box 120812 Dallas, TX 75312-0812 | - | | | | | | | 5,428.53 |
| Account No. | | | | | | | | |
| Premier Realty Advisors, LLC 2001 Bryon Tower Suite 700 Dallas, TX 75219 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Prime Auto Parts & Salvage 1157 NW 31st Avenue Fort Lauderdale, FL 33311 | - | | | | | | | 1,855.00 |
| Account No. | | | | | | | | |
| Prime Medical Corp. 8187 NW 47th Avenue Bay G Medley, FL 33166 | - | | | | | | | 2,566.40 |
| Account No. | | | | | | | | |
| Professional Vending Services, Inc. 1809 South Powerline Road Suite 108C Deerfield Beach, FL 33442 | - | | | | | | | 459.99 |

| | | |
|---|---|---|
| Sheet no. __30__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 10,309.92 |

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Enterprises of Florida, Inc.__ ,      Case No. __14-10107__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Progressive Business Publications 370 Technology Drive P.O. Box 3019 Malvern, PA 19355 | - | | | | | | 393.56 |
| Account No. | | | | | | | |
| Quality Chemical Co. 1835 NE 144th Street Miami, FL 33181-1420 | - | | | | | X | 0.00 |
| Account No. | | | | | | | |
| Quality Chemical Co. 1835 NE 144th Street Miami, FL 33181-1420 | - | | | | | | 1,628.34 |
| Account No. | | | | | | | |
| Quench USA, Inc. P.O. Box 8500 Lock Box 53203 Philadelphia, PA 19178-3203 | - | | | | | | 193.77 |
| Account No. | | | | | | | |
| Ramsey Welding Supply, Inc. 50 Speen Street Suite 301 Glendale, AZ 85301 | - | | | | | | 8,204.59 |

Sheet no. __31__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      10,420.26

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Enterprises of Florida, Inc.** ,    Case No.    **14-10107**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Real Time Securities, Inc. 6261 NW 201st Street Hialeah, FL 33015 | - | | | | | | | 15,836.53 |
| Account No. | | | | | | | | |
| Reliable Fire & Safety Equipment Inc. 4838 NE 12th Avenue Fort Lauderdale, FL 33334 | - | | | | | | | 1,261.40 |
| Account No. | | | | | | | | |
| Respironics Inc. P.O. Box 405740 Atlanta, GA 30384-5740 | - | | | | | | | 769.92 |
| Account No. | | | | | | | | |
| Rodey Dickason Sloan Akin & Robb P.A. P.O. Box 1888 Albuquerque, NM 87103-1888 | - | | | | | | | 709.17 |
| Account No. | | | | | | | | |
| Ropes & Gray, LLP P.O. Box 414265 Boston, MA 02241-4265 | - | | | | | | | 770.00 |

Sheet no. __32__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    19,347.02

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Enterprises of Florida, Inc.__ ,      Case No. ___14-10107___

                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| RSES Educational Foundation 1911 Rohlwing Road Suite A Rolling Meadows, IL 60008-1397 | | - | | | | | 3,583.00 |
| Account No. | | | | | | | |
| RSR Electronics, Inc. 900 Hart Street Rahway, NJ 07065 | | - | | | | | 963.43 |
| Account No. | | | | | | | |
| S & S Nursing Unlimited, Inc. 18405 NW 2nd Avenue Miami, FL 33169 | | - | | | | | 2,371.25 |
| Account No. | | | | | | | |
| Seaside Solutions Inc. 800 West Indiantown Road Jupiter, FL 33458 | | - | | | | | 4,381.57 |
| Account No. | | | | | | | |
| Secure Guard Security Centers, Inc. 4727 East Bell Rd., Suite 45 PMB #329 Phoenix, AZ 85032 | | - | | | | | 43.45 |

Sheet no. _33_ of _39_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal (Total of this page)      **11,342.70**

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Enterprises of Florida, Inc.__ _____,    Case No. ___14-10107___
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sentry Security, Inc. 10001 NW 50th Street, #111 Fort Lauderdale, FL 33351 | - | | | | | | | 2,758.36 |
| Account No. | | | | | | | | |
| Shamrock Supply 2511 San Mateo Boulevard NE Albuquerque, NM 87110 | - | | | | | | | 2,460.72 |
| Account No. | | | | | | | | |
| Shred-It Albuquerque 5901 Pan American NE Suite D-4 Albuquerque, NM 87109 | - | | | | | | | 513.02 |
| Account No. | | | | | | | | |
| SonoDepot 8 East 12th Street Saint Cloud, FL 34769 | - | | | | | | | 2,027.50 |
| Account No. | | | | | | | | |
| Southern Security & Investigation, Inc. 6801 NW 77th Avenue Suite 111 Miami, FL 33166 | - | | | | | | | 3,847.19 |

Sheet no. __34__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     11,606.79

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Enterprises of Florida, Inc.** _____,    Case No. ___**14-10107**___

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sprint P.O. Box 219100 Kansas City, MO 64121-9100 | | - | | | | | | 34.16 |
| Account No. | | | | | | | | |
| Superior Lock & Key Services 1829 NW 55th Street Miami, FL 33142 | | - | | | | | | 1,026.93 |
| Account No. | | | | | | | | |
| Suvidy, Inc. 435 NW 202nd Terrace Miami, FL 33169 | | - | | | | | | 75.00 |
| Account No. | | | | | | | | |
| Swisher Hygiene Franchise Corp. P.O. Box 473526 Charlotte, NC 28247-3526 | | - | | | | | | 100.12 |
| Account No. | | | | | | | | |
| TCS Group, Inc. 3922 Coral Ridge Drive Coral Springs, FL 33065 | | - | | | | | | 578.00 |

Sheet no. __**35**__ of __**39**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,814.21

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Enterprises of Florida, Inc._____,    Case No. __14-10107_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| The Pacific Institute Inc. 1709 Harbor Avenue SW Seattle, WA 98126 | - | | | | | | 11,917.00 |
| Account No. | | | | | | | |
| Tyco Integrated Secuity (ADT) P.O. Box 371967 Pittsburgh, PA 15250-7967 | - | | | | | | 2,118.58 |
| Account No. | | | | | | | |
| U-Haul International P.O. Box 52128 Phoenix, AZ 85072-2128 | - | | | | | | 154.63 |
| Account No. | | | | | | | |
| U.S. Security Associates, Inc. 2226 West Northern Avenue #C212 Phoenix, AZ 85021 | - | | | | | | 18,485.12 |
| Account No. | | | | | | | |
| Ultimate Water LLC P.O. Box 024908 Miami, FL 33102-4908 | - | | | | | | 2,371.67 |

Sheet no. __36__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          35,047.00

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Enterprises of Florida, Inc._____,    Case No. ___14-10107_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Unitech-Air Co. 8135 SW 205 Terrace Miami, FL 33189 | - | | | | | | | 590.00 |
| Account No. | | | | | | | | |
| United Photo Album 2828 West Northview Avenue Phoenix, AZ 85051 | - | | | | | | | 4,459.41 |
| Account No. | | | | | | | | |
| US Medical Specialties, Inc. 1602 North Florida Avenue Tampa, FL 33602 | - | | | | | | | 2,301.47 |
| Account No. | | | | | | | | |
| USA Roofing LLC 2120 East Rose Garden Lane, #C-2 Phoenix, AZ 85024 | - | | | | | | | 400.00 |
| Account No. | | | | | | | | |
| Valley Steel Supply, LLC 8769 North 75th Avenue Peoria, AZ 85345 | - | | | | | | | 3,367.29 |

Sheet no. __37__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    11,118.17

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Enterprises of Florida, Inc._____,    Case No. ___14-10107_____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Valutel Communications** P.O. Box 25663 Albuquerque, NM 87125-0663 | - | | | | | | | 1,770.26 |
| Account No. | | | | | | | | |
| **Voss Lighting** Attn: Accounts Receivable P.O. Box 22159 Lincoln, NE 68542-2159 | - | | | | | | | 239.05 |
| Account No. | | | | | | | | |
| **Wanda-Lam, Inc.** P.O. Box 219 Bloomfield, NY 14469 | - | | | | | | | 84.80 |
| Account No. | | | | | | | | |
| **Waste Management** P.O. Box 105453 Atlanta, GA 30348-5453 | - | | | | | | | 13,723.05 |
| Account No. | | | | | | | | |
| **Windstream Communications** P.O. Box 9001950 Lexington, KY 40290-1950 | - | | | | | | | 1,028.11 |

Sheet no. __38__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     16,845.27

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Enterprises of Florida, Inc.__ ,     Case No. __14-10107__
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| WT Cox Subscriptions, Inc. 201 Village Road Shallotte, NC 28470 | | - | | | | | | 7,067.96 |
| Account No. | | | | | | | | |
| Xerox Corporation P.O. Box 7405 Pasadena, CA 91109-7405 | | | | | | | | 9,500.50 |
| Account No. | | | | | | | | |
| Xerox Corporation P.O. Box 827598 Philadelphia, PA 19182-7598 | | - | | | | | | 20,071.43 |
| Account No. | | | | | | | | |
| Yesco-Young Electric Sign Co. P.O. Box 11676 Tacoma, WA 98411-6676 | | - | | | | | | 2,547.94 |
| Account No. | | | | | | | | |
| Zee Medical Service P.O. Box 781534 Indianapolis, IN 46278-8534 | | - | | | | | | 1,989.88 |

Sheet no. __39__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 41,177.71 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 93,253,607.80 |

B6G (Official Form 6G) (12/07)

In re   **ATI Enterprises of Florida, Inc.**                                                  Case No. _____
                                                    Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **2950 W Cypress Creek Realty, LLC**<br>**2950 West Cypress Creek Road**<br>**#103**<br>**Fort Lauderdale, FL 33309** | **Florida Commercial Lease Agreement Dated August 17, 2010 Between 2950 W Cypress Creek Realty, LLC and ATI Enterprises of Florida, Inc. for Property Known as 2950 West Cypress Creek Road, Fort Lauderdale, Florida** |
| **2950 W Cypress Creek Realty, LLC**<br>**2950 West Cypress Creek Road**<br>**#103**<br>**Fort Lauderdale, FL 33309** | **Florida Commercial Lease Agreement Dated February 28, 2011 Between 2950 W Cypress Creek Realty, LLC and ATI Enterprises of Florida, Inc. for Property Known as 2950 West Cypress Creek Road, Suite 206, Fort Lauderdale, Florida** |
| **2950 W Cypress Creek Realty, LLC**<br>**2950 West Cypress Creek Road**<br>**#103**<br>**Fort Lauderdale, FL 33309** | **Florida Commercial Lease Agreement Dated March 25, 2011 Between 2950 W Cypress Creek Realty, LLC and ATI Enterprises of Florida, Inc. for Property Known as 2950 West Cypress Creek Road, Suite 101, Fort Lauderdale, Florida** |
| **3500 Milam Dairy Road, LLC**<br>**128 Islander Drive**<br>**Boynton Beach, FL 33435** | **Parking Lease Agreement Dated March 1, 2010 Between Premier Realty Advisors, LLC and ATI Enterprises of Florida, Inc. for Property Known as NW 72nd Avenue and NW 35th Terrace, Miami, Florida** |
| **Biscay Holdings, Ltd.**<br>**7225 NW 25th Street**<br>**#110**<br>**Miami, FL 33122** | **Lease Agreement Dated April 26, 2002 Between Biscay Holdings, Ltd. and ATI Enterprises of Florida, Inc. for Property Known as 7245 NW 25th Street, Miami, Florida** |
| **Boywic Farms, Ltd.**<br>**319 S.E. 14th Street**<br>**Fort Lauderdale, FL 33316** | **Lease Agreement Dated August 13, 2002 Between Boywic Farms, Ltd. and A.T.I. Enterprises of Florida, Inc. for Property Known as 2890 NW 62nd Street, Fort Lauderdale, Florida** |
| **Boywic Farms, Ltd.**<br>**Attn: George Weaver**<br>**5300 North Federal Highway**<br>**Fort Lauderdale, FL 33308** | **Lease Agreement Dated August 13, 2012 Between Boywic Farms, Ltd. and A.T.I. Enterprises of Florida, Inc.** |

Sheet 1 of 3 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6G (Official Form 6G) (12/07) - cont.

In re   **ATI Enterprises of Florida, Inc.**                                    Case No. _____
                         Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **BRI 1814 GGOP** c/o Beacon Real Estate Investments, Inc. 1140 East Hallandale Beach Boulevard Hallandale, FL 33009 | Office Lease Dated March 2, 2007 Between Golden Glades Association, LLP and ATI Enterprises of Florida, Inc. for Property Known as 1525 N.W. 167th Street, Golden Glades Office Park, Miami, Florida |
| **BRI 1814 GGOP** c/o Beacon Real Estate Investments, Inc. 1140 East Hallandale Beach Boulevard Hallandale, FL 33009 | Office Lease Dated August 27, 2007 Between Golden Glades Association, LLP and ATI Enterprises of Florida, Inc. for Property Known as 1525 N.W. 167th Street, Golden Glades Office Park, Miami, Florida |
| **Corinthian Colleges, Inc.** 6 Hutton Centre Drive Santa Ana, CA 92707 | Sublease Agreement for Premises Located at 3501 NW 9th Avenue, Fort Lauderdale, Florida |
| **Corinthian Colleges, Inc.** 6 Hutton Centre Drive Santa Ana, CA 92707 | Sublease Agreement for Premises Located at The Market at Hunting Bayou, San Jacinto, Texas |
| **Lauderhill Mall Investment, LLC** 696 NE 125th Street Miami, FL 33161 **New Lauderhill Mall Investment, LLC** 1267 NW 40th Avenue Lauderhill, FL 33313 | Lease Agreement Dated October 29, 2009 Between LM TIC I LLC, LM TIC II LLC, LM TIC III LLC and LM TIC IV LLC and ATI Enterprises of Florida, Inc. for Property Known as 1299B NW 40th Avenue |
| **M3HNR Management, Ltd.** Wells Fargo Trust Property Management P.O. Box 327 Fort Worth, TX 76102 **M3HNR Management, Ltd.** 701 West Highlander Boulevard Arlington, TX 76015 **M3HNR Management, Ltd.** c/o Joseph Mehlmann 2820 Park Drive Arlington, TX 76016 | Lease Agreement Dated October 17, 2002 Between M3HNR Management, Ltd. and ATI Enterprises of Florida, Inc. for Property Known as 3501 NW 9th Avenue, Oakland Park, Florida |
| **Montgomery Plaza Partners, LLC** c/o Goodman Realty Group 100 Sun Avenue, Suite 100 Albuquerque, NM 87109 | Shopping Center Lease Dated December 17, 2010 Between Sheffield Square L.L.C. and ATI Enterprises of Florida, Inc. for Property Known as Montgomery Plaza Shopping Center, 5001 Montgomery Boulevard NE, Albuquerque, New Mexico |

Sheet 2 of 3 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6G (Official Form 6G) (12/07) - cont.

In re    **ATI Enterprises of Florida, Inc.**                                    Case No. _____

                  Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Premier Realty Advisors, LLC<br>2001 Bryon Tower<br>Suite 700<br>Dallas, TX 75219 | Parking Lease Agreement Dated March 1, 2010 Between Premier Realty Advisors, LLC and ATI Enterprises of Florida, Inc. Located at the NWC of NW 72nd Avenue and NW 35th Terrace, Miami, Florida |
| Seth Investment Properties, Ltd.<br>3210 Shore View Drive<br>Highland Village, TX 75077 | Commercial Lease Agreement Dated April 19, 2004 Between Seth Investment Properties, Ltd. and American Institute of Allied Health, Inc. for Property Known as 1310 South Stemmons Freeway, Lewisville, Texas |

Sheet 3 of 3 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re      **ATI Enterprises of Florida, Inc.**                                                      Case No. _____**14-10107**_____
_____,
                                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ability Intermediate Holdings, Inc.**<br>**c/o CDG Group, LLC**<br>**645 Fifth Avenue**<br>**New York, NY 10022** | |
| **ATI Acquisition Company**<br>**c/o CDG Group, LLC**<br>**645 Fifth Avenue**<br>**New York, NY 10022** | |
| **ATI Enterprises, Inc.**<br>**c/o CDG Group, LLC**<br>**645 Fifth Avenue**<br>**New York, NY 10022** | |
| **E&K Vocational Nursing Program, Inc.**<br>**c/o CDG Group, LLC**<br>**645 Fifth Avenue**<br>**New York, NY 10022** | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Delaware

In re    __ATI Enterprises of Florida, Inc.__                    Case No. _____

                                  Debtor(s)             Chapter    __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Interim Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __53__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    __1-21-2014__                Signature    _M F Gries_            

                                             **Michael F. Gries**
                                             **Interim Chief Executive Officer**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.